UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:19-cv-80901-ROSENBERG/REINHART

HOWARD COHAN,

    Plaintiff,

vs.

MR GYROS FLORIDA, LLC,
d/b/a MR. GYROS,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, MR GYROS FLORIDA, LLC, d/b/a MR. GYROS ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: _____9/10/2019_____

                                                      BY:  */s/ Jason S. Weiss*
                                                             Jason S. Weiss
                                                              Jason@jswlawyer.com
                                                             Florida Bar No. 356890
                                                              **WEISS LAW GROUP, P.A.**
                                                             5531 N. University Drive, Suite 103
                                                             Coral Springs, FL 33067
                                                             Tel: (954) 573-2800
                                                             Fax: (954) 573-2798
                                                             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all parties of record.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890